FILED

2021 NOV 17 AM 10: 55

[U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES]

BY: RO

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

21MJ05267

United States of America

PLAINTIFF(S)

v.

Bryan Bustos

DEFENDANT(S).

CASE NUMBER

1:21-MJ-00617

**DECLARATION RE
OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: Criminal Complaint
in the _____ District of Columbia on November 17, 2021
at 7:00 ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about January 6, 2021
in violation of Title 18, 40 U.S.C., Section(s) 1752(a)(1), 1752(a)(1), 5104(e)(2)(D)
to wit: _____

A warrant for defendant's arrest was issued by: Robin M. Meriweather, U.S Magistrate Judge

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 17, 2021
            Date

_____
Signature of Agent

Victoria Sanchez
Print Name of Agent

FBI
Agency

Special Agent
Title

CR-52 (03/20)  DECLARATION RE OUT-OF-DISTRICT WARRANT